**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

IN THE MATTER OF:
RECUSAL OF ALL UNITED STATES JUDGES
FOR THE DISTRICT OF NEW MEXICO                  25-MC-00004-24
                                                     and

**ORDER OF RECUSAL**                       1:22-CR-1721-KWR

Defendants with criminal cases pending in this Court have filed motions to dismiss the indictments and disqualify the Acting United States Attorney for the District of New Mexico, Ryan Ellison. *E.g.*, *United States v. Gunther*, 1:25-cr-03366-JB; *United States v. Chavez*, 1:25-cr-03365-KWR; *United States v. Kee*, 1:25-cr-03356-KG; *United States v. Black*, 1:25-cr-03354-MLG; *United States v. Garcia*, 1:25-cr-03549-JB; *United States v. Martinez*, 2:25-cr-03253-SMD; *United States v. Brady*, 1:24-cr-01105-MLG; *United States v. Ramirez-Martinez*, 1:22-cr-01721-KWR.

**IT IS HEREBY ORDERED** that all judicial officers of this Court shall recuse from hearing motions concerning the disqualification of Acting United States Attorney Ryan Ellison, including motions filed in the cases listed above and any future motions filed in other cases in this Court. These motions are pending reassignment to an out-of-district district judge and magistrate judge, and a further order of reassignment is forthcoming. *See United States v. Ramirez*, 5:25-cr-00264-SSS, Docs. 25–26 (C.D. Cal.) (reassigning challenge to Acting United States Attorney); *United States v. Jackson*, 2:25-cr-00240-DGC-BNW, Doc. 24 (D. Nev.) (same); *United States v. Giraud*, 1:24-cr-00768-MWB, Doc. 103 (D.N.J.) (same).

DONE this 19th day of September, 2025.

FOR THE COURT:[1]


         /s/_____
         KENNETH J. GONZALES[2]
         CHIEF UNITED STATES DISTRICT JUDGE

---

[1] For the court, pursuant to Administrative Order Misc. No. 83-252.
[2] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.