## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA.,

    Plaintiff,

v.                                                                                No. CR 22-01721 KWR

RAFAEL RAMIREZ-MARTINEZ,

    Defendant.

## ORDER OF REASSIGNMENT

This matter having come before the Court as a result of the entry of the Order of Recusal, filed September 19, 2025 (Doc. 113) finds that Senior United States District Judge David Nuffer has consented to the designation and assignment of hearing motions concerning the disqualification of Acting United States Attorney Ryan Ellison, in this matter.

**IT IS THEREFORE ORDERED THAT:**

Pursuant to the designation and provisions of Title 28, United States Code § 291(b), the Honorable David Nuffer, Senior United States District Judge shall preside over the motions concerning the disqualification of Acting United States Attorney Ryan Ellison above-captioned case.

**DONE** this 24th day of September, 2025.

                                                                   FOR THE COURT:

                                                                   /s/
                                                                   KENNETH J. GONZALES[1]
                                                                   CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.