# THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

## ORDER RE: SUPPLEMENTAL BRIEFING ORDERED
## DURING ORAL ARGUMENT ON NOVEMBER 14, 2025

District Judge David Nuffer (sitting under designation from the Tenth Circuit Court of Appeals on Motions to Dismiss Indictment and Disqualify United States Attorney)

UNITED STATES OF AMERICA, Plaintiff,

v.

| | |
|---|---|
| RAFAEL RAMIREZ-MARTINEZ, Defendant. | Case No. 1:22-cr-01721-KWR |
| EDISON BRADY, Defendant. | Case No. 1:24-cr-01105-MLG |
| ALI ALHIGAIMI ESQUEDA, Defendant. | Case No. 1:25-cr-03250-JB |
| BRYSON CHEE, Defendant. | Case No. 1:25-cr-03353-JB |
| JOSHUA BLACK, Defendant. | Case No. 1:25-cr-03354-MLG |
| RYAN NOLAN KEE, Defendant. | Case No. 1:25-cr-03356-KG |
| JULIAN GUNTHER, Defendant. | Case No. 1:25-cr-03366-JB |
| JOSE MAGANA GARCIA, Defendant. | Case No. 1:25-cr-03549-JB |
| SEALED, Defendant | Case No. 1:25-cr-03837-MLG |
| LEON JEREMY POELLNITZ, Defendant. | Case No. 1:25-cr-03858-KG |
| JOHN C. DOMINGUEZ, Defendant. | Case No. 1:25-cr-03864-KG |
| RICHARD SEDILLO, Defendant. | Case No. 1:25-cr-03865-JB |
| MARTY LOPEZ, Defendant. | Case No. 1:25-cr-04139-DHU |
| MABELENE GREY, Defendant. | Case No. 1:25-cr-04141-KG |
| AZARIAH CLEVELAND, Defendant. | Case No. 1:25-cr-04145-DHU |
| DESIREE ARCHULETA, Defendant. | Case No. 1:25-cr-04412-DHU |
| KENDALL BENALLY, Defendant. | Case No. 1:25-cr-04413-KG |
| ERIC SHAUN MCAFEE, Defendant. | Case No. 1:25-cr-04418-MLG |
| JACOB EZEKIEL MARTINEZ, Defendant. | Case No. 2:25-cr-03253-SMD |

This Order memorializes the supplemental briefing issues and deadlines ordered during the oral argument held on November 14, 2025:

| Supplemental Briefing Issue | Deadline |
|---|---|
| Are there duties, authorities, or powers that a duly appointed United States Attorney under 28 U.S.C. § 541 has that a First Assistant United States Attorney would not also have? | Defendants' brief due 12/5/2025<br>Government's brief due 12/19/2025 |
| Is Ryan Ellison a validly appointed First Assistant United States Attorney? And can there be a validly appointed First Assistant when there is no United States Attorney in place? | Government's brief due 12/5/2025<br>Defendants' brief due 12/19/2025 |
| Provide and argue legislative history discussing why 28 U.S.C. § 546(e) was deleted in 2007 legislation? | Government's brief due 12/5/2025<br>Defendants' brief due 12/19/2025 |
| What authority does the Attorney General have to make retroactive orders, or to make orders effective retroactively? Specifically, what authority did Attorney General Bondi have to order that Ryan Ellison serve as the First Assistant United States Attorney effective retroactively to the time of his resignation as Interim United States Attorney? | Government's brief due 12/5/2025<br>Defendants' brief due 12/19/2025 |

Signed November 19, 2025.

BY THE COURT

_____
David Nuffer
United States District Judge