IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

Cr. No. 22-1721-KWR

vs.

RAFAEL RAMIREZ-MARTINEZ,

Defendant.

**VERDICT FORM**

1. We, the Jury, find the defendant (*place an X in the appropriate box*)

☐ NOT GUILTY

or

☑ GUILTY

of distribution of 50 grams or more of methamphetamine, as charged in the indictment.

DATED: 4/16/26

[redacted]