**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **22 CR 1721 KR**

**RAFAEL RAMIREZ MARTINEZ,**

**Defendant.**

**NOTICE OF APPEAL**

Notice is hereby given that Rafael Ramirez Martinez, Defendant in the above-named cause of action, hereby appeals to the United States Court of Appeals for the 10th Circuit from the Judgment filed and entered on September 10, 2026. .

Respectfully submitted by

__/s/ Edward Bustamante___
Edward O. Bustamante
PO Box 31026
Albuquerque, NM 87190
505.659.2306
eobatty@gmail.com